KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>VICTOR RAMOS-CABRERA, )<br>)<br>    Defendant. )<br>)  | No.  CR 02-329 CRB<br>       CR 06-432 CRB<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 16, 2006 TO AUGUST 23, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on August 16, 2006.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea date on August 23, 2006 at 10:00 a.m., before the Honorable Charles R. Breyer; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 16, 2006 to August 23, 2006.  The parties agreed, and the Court found and held, as follows:

    1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the re-assignment of the case to a new prosecutor, and the need for both sides to finalize a plea agreement, and would

1 | deny the defendant and the government continuity of counsel.

2 |     2. Given these circumstances, the Court found that the ends of justice served by
3 | excluding the period from from August 16, 2006 to August 23, 2006, outweigh the best interest
4 | of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5 |     3. Accordingly, and with the consent of the defendant, the Court ordered that the period
6 | from August 16, 2006 to August 23, 2006 be excluded from Speedy Trial Act calculations under
7 | 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8 |     4. The Court scheduled a change of plea hearing on August 23, 2006, at 10:00 a.m.

    IT IS SO STIPULATED.

DATED: 8/23/2006                            /S/
                                            TRACIE L. BROWN
                                            Assistant United States Attorney

DATED: 8/23/2006                            /S/
                                              V. ROY LEFCOURT
                                            Attorney for Victor Ramos-Cabrera

**IT IS SO ORDERED.**

DATED:__August 23, 2006_____

THE HON. CHARLES R. BREYER
United States District Judge



CR 06-432 CRB/CR 02-329 CRB
STIP. & [PROP.] ORDER            2